UNITED STATES DISTRICT COURT
WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

**MECHANICAL CONTRACTORS ASSOCIATION OF MEMPHIS, INC.; WHITE PLUMBING & MECHANICAL CONTRACTORS, INC.; and MORGAN & THORNBURG, INCORPORATED,**

    Plaintiffs,

v.                                                                                            Case No. 2:19-cv-02047-SHL-tmp

**SHELBY COUNTY, TENNESSEE, CAROLYN S. WATKINS and JOHN AND JANE DOES 1-15,**

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward L. Stanton III of Butler Snow LLP, hereby enters his appearance as one of the attorneys of record for Defendants, Shelby County, Tennessee, Carolyn S. Watkins, and John and Jane Does 1-15.

DATED this 14th day of February, 2019.

                                              s/ Edward L. Stanton III
                                              Edward L. Stanton III (#18904)
                                              S. Keenan Carter (#23386)
                                              Kathryn K. Van Namen (#31322)
                                              **BUTLER SNOW LLP**
                                              6075 Poplar Avenue, 5th Floor
                                              Memphis, TN  38119
                                              T:  (901) 680-7200
                                              F:  (901) 680-7201
                                              Edward.Stanton@butlersnow.com
                                              Keenan.Carter@butlersnow.com
                                              Kate.Vannamen@butlersnow.com

                                              *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's ECF system on this 14th day of February, 2019.

                 s/ Edward L. Stanton III

46104734.v1